IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00028-PAB-KLM

DARREN GIUFFRE, on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

MARYS LAKE LODGE, LLC, a Colorado Limited Liability Company,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Leave to Join Additional Defendants** [Docket No. 45; Filed December 9, 2011] (the "Motion").  Plaintiff cites to Fed. R. Civ. P. 20 in support of his request, but does not provide factual allegations in support of his argument to join additional defendants, nor does he provide an Amended Complaint for the Court's review.  *See Hinson v. Norwest Fin. South Carolina, Inc.*, 239 F.3d 611, 618 (4th Cir. 2001) ("[A] court determining whether to grant a motion to amend to join additional [parties] must consider both the general principles of amendment provided by Rule 15(a) and also the more specific joinder provisions of Rule 20(a)."); *MDM Group Assoc., Inc. v. Midgett Realty, Inc.*, No. 07-cv-02543-WDM-CBS, 2008 WL 2756926, at *2-3 (D. Colo. July 14, 2008) (discussing Rules 15(a) and 20(a)); *see also* 6 Fed. Prac. & Proc. Civ. § 1479 (3d ed.) (relationship between Rule 15(a) and other federal rules).

    Furthermore, the deadline for the joinder of parties and amendment of pleadings expired on June 27, 2011.  *Sched. Ord.*, [#24] at 7.  Plaintiff makes no mention of Rule 16(b)(4) in his Motion.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

    Dated:  December 30, 2011