IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00028-PAB-KLM

DARREN GIUFFRE, on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

MARYS LAKE LODGE, LLC, a Colorado Limited Liability Company,

    Defendant.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **First Motion to Extend Discovery Deadline** [Docket No. 53; Filed February 6, 2012] (the "Motion to Extend") and on Plaintiff's **Notice of Withdrawal of First Motion to Extend Discovery Deadline** [Docket No. 55; Filed February 7, 2012] (the "Motion to Withdraw").

    IT IS HEREBY **ORDERED** that the Motion to Withdraw [#55] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Motion to Extend [#53] is deemed **WITHDRAWN**.

    Dated:  February 8, 2012