IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00028-PAB-KLM
    (*consolidated with Civil Action No. 12-cv-00377-PAB*)

DARREN GIUFFRE, on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

MARYS LAKE LODGE, LLC, a Colorado Limited Liability Company, and
RAMS HORN DEVELOPMENT COMPANY, LLC, doing business as
Marys Lake Lodge, a Colorado Limited Liability Company,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the "Unopposed Request for Redaction/Withdrawal of Personal Information Under F.R.C.P. 5.2" [Docket No. 86] filed by plaintiff. The Court having reviewed the motion and being aware of its premises, it is

    **ORDERED** that the "Unopposed Request for Redaction/Withdrawal of Personal Information Under F.R.C.P. 5.2" [Docket No. 86] is GRANTED in part and DENIED in part. It is further

    **ORDERED** that Docket Nos. 65, 66, and 78 shall be placed under a Level One restriction. It is further

    **ORDERED** that, on or before **Wednesday, April 4, 2012**, plaintiff shall re-file Docket Nos. 66 and 78 and defendant Marys Lake Lodge shall re-file Docket No. 65 without restriction with redactions complying with Fed. R. Civ. P. 5.2(a).

    DATED March 30, 2012.