IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00028-PAB-KLM
(*consolidated with Civil Action No. 12-cv-00377-PAB*)

DARREN GIUFFRE, on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

MARYS LAKE LODGE, LLC, a Colorado Limited Liability Company, and
RAMS HORN DEVELOPMENT COMPANY, LLC, doing business as
Marys Lake Lodge, a Colorado Limited Liability Company,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the motions filed by plaintiff and defendant Marys Lake Lodge, LLC ("MLL") requesting leave to file supplemental briefs [Docket Nos. 99, 132] regarding MLL's motion for summary judgment [Docket No. 64]. MLL objects to plaintiff's motion. Plaintiff does not object to MLL's motion so long as plaintiff is afforded the opportunity to address the issues raised therein. In that regard, plaintiff indicates that it could do so within the surreply it is seeking leave to file. The Court having reviewed the motions and being fully aware of their premises, it is

    **ORDERED** that the motion to supplement filed by defendant Marys Lake Lodge, LLC [Docket No. 132] is GRANTED. It is further

    **ORDERED** that plaintiff's motion for leave to file a surreply [Docket No. 99] is GRANTED. Plaintiff shall file his surreply within ten days of entry of this order, such surreply not to exceed ten pages, including any response plaintiff has to the supplemental arguments made by defendant Marys Lake Lodge, LLC.

    DATED August 8, 2012.